THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| STEVEN F. MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 5:16-cv-00348-FL |
| ) | |
| TOWN OF WAKE FOREST, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This case comes before the Court on the Consent Motion of the parties for referral to Magistrate Judge James E. Gates pursuant to 28 U.S.C. § 636(c)(1) of the sole matter of entry of an Order regarding Plaintiff's restoration to the North Carolina Local Government Employee Retirement System. Based on the parties' consent to the motion and for the additional reasons stated therein, it is ORDERED that the motion is allowed and the foregoing matter is referred to Magistrate Judge Gates pursuant to 28 U.S.C. § 636(c)(1).

SO ORDERED, this the 19th day of June, 2019.

Louise W. Flanagan
UNITED STATES DISTRICT JUDGE